IPLS
Saussee Moghoyan (CA Bar No. 289764)
soseh@ipls.us
466 Foothill Blvd, #79
La Canada Flintridge, CA 91101
Telephone: (818) 445-3730

*Attorney for Plaintiff*
*Marilyn Rondon*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN RONDON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BOARDRIDERS, INC., a California corporation; CR WOOSTER STREET CORPORATION d/b/a CYNTHIA ROWLEY, a New York corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-02071-HDV-ADSx<br><br>**The Honorable Hernan D. Vera**<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Marilyn Rondon and Defendant CR WOOSTER STREET CORPORATION d/b/a CYNTHIA ROWLEY are pleased to inform the Court that a settlement has been reached in connection with the claims at issue in the above-captioned action. The parties are in the process of finalizing the settlement in this matter and will file with the Court a dismissal as to all claims and remaining defendants on or before August 7, 2023.

Dated: July 7, 2023

IPLS
SAUSSEE MOGHOYAN

By: /s/Saussee Moghoyan
Saussee Moghoyan
Attorneys for Plaintiff
Marilyn Rondon